UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROCKIN "D" MARINE SERVICES, L.L.C. | * | CIVIL ACTION NO.: |
| | * | |
| VERSUS | * | SECTION "__" |
| | * | |
| THE M/V SEA ENDEAVOR *IN REM* and | * | JUDGE |
| SEA ENDEAVOR, L.L.C. *IN PERSONAM* | * | |
| | * | MAGISTRATE JUDGE |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**VERIFIED COMPLAINT *IN REM*
AND IN PERSONAM FOR FORECLOSURE
OF PREFERRED SHIP MORTGAGE**

TO THE HONORABLE JUDGES OF THE
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA:

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Rockin "D" Marine Services, L.L.C. (hereinafter "Rockin D"), and submits this Verified Complaint against the M/V SEA ENDEAVOUR, her engines, tackle, furniture, apparel, equipment, bunkers, appurtenances, and all other necessaries appertaining and belonging, *in rem*, and SEA ENDEAVOUR, L.L.C., *in personam,* and upon information and belief respectfully represents as follows:

**I.**

This is an admiralty and maritime claim within the jurisdiction of the United States of America and this Honorable Court, pursuant to 28 U.S.C. §1333, 46 U.S.C. § 31325 and within the meaning of Rules 9(h) of the Federal Rules of Civil Procedure and Rules C and E of the Supplemental Rules Governing Certain Admiralty and Maritime Claims.  This Court also has jurisdiction pursuant to the Federal Maritime Lien Act, 46 U.S.C. § 3134 *et seq*.

1

**II.**

Venue is proper in the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. §1391, as the vessel is located afloat, upon the navigable waters of the United States, within the district, and within the jurisdiction of this Honorable Court.

**III.**

At all material times, plaintiff, Rockin "D", was and is a limited liability company organized and existing under the laws of the State of Louisiana, with its domicile in Lafourche Parish.

**IV.**

Made defendant herein are as follows:

    a)    The M/V SEA ENDEAVOUR, her engines, tackle, furniture, apparel, equipment, bunkers, appurtenances, and all other necessaries appertaining and belonging, *in rem*, which at all times material herein, was and is a U.S. flagged vessel bearing U.S.C.G. Official No. 585710, which is presently afloat upon the navigable waters within the District and within the jurisdiction of this Honorable Court.

    b)    SEA ENDEAVOUR, L.L.C., a Louisiana Limited Liability Company, organized and doing business under the laws of the State of Louisiana, with its domicile in Lafayette Parish, Louisiana;

**V.**

On September 15, 2014, SEA ENDEAVOUR, L.L.C., as owner and on behalf of the M/V SEA ENDEAVOUR, executed a Promissory Note in the sum of One Million One Hundred Thousand and 00/100 Dollars ($1,100,000.00), payable to the order of Rockin "D" Marine

Services, L.L.C.  Said Promissory Note bears interest at the rate of Four and 25/100 per cent per annum (4.25% / yr.)  and is payable in Eighty Four consecutive monthly installments of principal and interest, in the amount of Fifteen Thousand One Hundred Sixty-Two and 60/100 Dollars ($15,162.60), with the final payment of the entire balance due and payable on September 15, 2021.  This promissory note was signed by the maker, SEA ENDEAVOUR, L.L.C., through Avery J. Domangue, III as Manager of SEA ENDEAVOUR, L.L.C.  Said Promissory Note is attached hereto as and incorporated herein as Exhibit "A."[1]

## VI.

In order to secure payment of the sums due under the Promissory Note, attached hereto as Exhibit "A," SEA ENDEAVOUR, L.L.C. duly executed and delivered to Rockin "D" a first Preferred Ship Mortgage on the vessel, M/V SEA ENDEAVOUR, U.S.C.G Official No. 585710, dated September 15, 2014, pursuant to the Ship Mortgage Act of 1920, as amended, and by the terms of that mortgage, assigned, pledged, mortgaged, set over and conveyed the defendant M/V SEA ENDEAVOUR, her engines, tackle, furniture, apparel, equipment, bunkers, appurtenances, and all other necessaries appertaining and belonging and all other necessaries appertaining and belonging, in order to secure the payment of sums due pursuant to the Promissory Note.  A true and correct copy of the Promissory Note is attached hereto as Exhibit "A."

## VII.

By the terms and provisions of the preferred mortgage, dated September 15, 2014, a true copy of which is attached hereto as Exhibit "B," the mortgagor, SEA ENDEAVOUR, L.L.C. admitted that it was justly indebted to the claimant, Rockin "D", in the amount of One Million

---

[1] Exhibit "A," Promissory Note executed by Sea Endeavour, L.L.C. on September 15, 2014.

3

Five Hundred Thousand and 00/100 Dollars ($1,500,000.00), on said mortgage for money loaned towards the purchase of the M/V SEA ENDEAVOUR.

**VIII.**

That Preferred Ship Mortgage, attached hereto as Exhibit "B," was duly filed for recording at the United States Coast Guard Vessel Documentation Center, and subsequently recorded by the United States Coast Guard on March 11, 2015, Batch No. 26170000, Doc ID. 9.  All requirements of the Ship Mortgage Act of 1920, as amended, were met or caused to be met by Complainant or the U.S. Coast Guard Documentation Center. The Records of the United States Coast Guard record the name of the vessel, the names of the parties to the Preferred Ship Mortgage, the amount due under the mortgage, as well as the date and time of the recordation of the aforesaid first Preferred Ship Mortgage attached hereto as Exhibit "B."

**IX.**

Complainant is now and has been at all times since these documents were executed, the Owner and holder of the attached Promissory Note and Preferred Ship Mortgage, attached hereto as Exhibits "A" and "B" respectively.

**X.**

Defendants, the M/V SEA ENDEAVOUR *in rem*, and SEA ENDEAVOUR, L.L.C. *in personam*, as makers, debtors and guarantors of the attached Promissory Note and Preferred Ship Mortgage, have refused and neglected to pay the said Promissory Note in accordance with the terms and provisions thereof; in addition to the Preferred Ship Mortgage described above; to wit, that no payments have been made by SEA ENDEAVOUR, L.L.C. since April 23, 2015, and there now remains due and unpaid on the Promissory Note a balance in the amount of Nine Hundred Eighty-Two Thousand Three Hundred Forty Seven and 11/100 Dollars ($982,347.11), together

with interest from September 15, 2014 at a rate of Four and 25/100 Percent per annum (4.25% / yr.) until paid, together with costs and attorneys' fees.

## XI.

Pursuant to the provisions of the Promissory Note and Preferred Ship Mortgage, Rockin "D" declares the principal of said Promissory Note, and all accrued interest due and payable thereon.

## XII.

Defendants have defaulted pursuant to the terms of Promissory Note and the Preferred Ship Mortgage under the terms of the Preferred Ship Mortgage, including but not limited to Article 9, by one or more act(s) causing an "Event of Default" as set forth therein, and are now liable to Rockin "D" for all remaining amounts due under the Preferred Ship Mortgage, the Promissory Note, including principal and interest, as well as and in addition thereto the reasonable expenses and charges incurred by Rockin "D" in the exercise of its rights and remedies under the Preferred Ship Mortgage and/or Promissory Note, specifically including but not limited to reasonable attorneys' fees, court costs, and other costs of justice as well as prejudgment interest thereon.

## XIII.

The Preferred Ship Mortgage and Promissory Note give rise to maritime and contractual liens under the general maritime law, 46 U.S.C. § 31325 and 46 U.S.C. § 31341 *et seq.*, entitling Rockin "D" to have the M/V SEA ENDEAVOUR arrested by this United States District Court and ordered sold to satisfy the debt, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

**WHEREFORE, COMPLAINANT PRAYS:**

1.	That there be process in the form of law, according to the course and practice of this Honorable Court, in causes of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, which shall issue against the M/V SEA ENDEAVOUR, Official No. 585710, her engines, tackle, furniture, apparel, equipment, bunkers, appurtenances, and all other necessaries appertaining and belonging, be seized, condemned and sold in order to pay the demands and claims contained hereinabove, with interest, costs, and attorneys' fees, and to pay any and all other amounts required to be paid to Rockin "D" under the Promissory Note and Preferred Ship Mortgage, with interest and costs, and that Rockin "D" be awarded any and all other such relief as in law and justice it may be entitled to receive;

2.	That it be decreed that all persons claiming any interest in said vessel may be cited to appear and answer the matters aforesaid, and that the M/V SEA ENDEAVOUR, Official No. 585710, her engines, tackle, furniture, apparel, bunkers, appurtenances, and all other necessaries appertaining and belonging, and after due proceedings be had that any and all persons, firms or corporations having any interest in the M/V SEA ENDEAVOUR be forever barred and foreclosed from all right or equity of redemption or claim of, in, or to the mortgaged vessel and every part thereof;

3.	That the Preferred Ship Mortgage, dated September 15, 2014, executed by SEA ENDEAVOUR, L.L.C., shall be declared a valid and subsisting lien upon the M/V SEA ENDEAVOUR, Official No. 585710, her engines, tackle, furniture, apparel, equipment, bunkers, appurtenances, and all other necessaries appertaining and belonging, and that the Preferred Ship Mortgage be recognized as being prior and superior to any and all other liens or claims that may exist upon the M/V SEA ENDEAVOUR, and that Complainant be permitted to credit bid any

amounts adjudged to be owing thereunder at any sale of the M/V SEA ENDEAVOUR, when the Court determines Complainant's maritime lien is senior to all others;

4. That Judgment be issued against defendant the M/V SEA ENDEAVOUR, Official No. 585710, *in rem*, in the amount of Nine Hundred Eighty-Two Thousand Three Hundred Forty Seven and 11/100 Dollars ($982,347.11), together with interest from September 15, 2014 at a rate of Four and 25/100 Percent per annum (4.25% / yr.) until paid, together with costs and attorneys' fees, and further, that Complainant have judgment and execution rendered against the defendants hereto for any deficiency that may remain due to complainant after applying all available proceeds from the sale of the M/V SEA ENDEAVOUR to the judgment herein prayed for, and that complainant shall have any and all other such relief as it may be entitled to in the premises;

5. That Complainant recover from Defendant SEA ENDEAVOUR, L.L.C. the amount of any deficiency, including attorneys' fees, expenses and costs, that may be due Complainant after applying the proceeds of the sale of the mortgaged Defendant M/V SEA ENDEAVOUR to the sums decreed as due under the above referenced Promissory Note and Preferred Ship Mortgage;

6. That Complainant be awarded such other and further relief as in justice it may be entitled to receive.

Respectfully submitted:

**REICH, ALBUM & PLUNKETT, L.L.C.**

*/s/ Lawrence R. Plunkett, Jr.*
ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#19739)
3850 North Causeway Boulevard, Suite 1000
Metairie, Louisiana 70002
Tele: (504) 830-3999/Fax: (504) 830-3950
Email: rreich@rapllclaw.com
      lplunkett@rapllclaw.com
**Attorneys for Rockin "D" Marin Services, L.L.C.**